

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00417-CR

**TWISHEKA SHEREE DAVENPORT,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 14-05914-CRF-85

## MEMORANDUM  OPINION

Appellant, Twisheka Sheree Davenport, has filed a motion requesting the dismissal of this appeal. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal, and both appellant and her attorney have personally signed the motion, as required by Texas Rule of Appellate Procedure 42.2(a). *See id.* Accordingly, we grant the motion and hereby dismiss appellant's appeal.

AL SCOGGINS
Justice


Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Dismissed
Opinion delivered and filed June 9, 2016
Do not publish
[CR25]

